ACCEPTED
03-14-00202-CV
4090394
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 1:04:53 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00202-CV

| | |
|---|---|
| IN THE COURT OF APPEALS | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| THE THIRD DISTRICT OF TEXAS | 2/10/2015 1:04:53 PM |
| AUSTIN, TEXAS | JEFFREY D. KYLE<br>Clerk |

NEMER MASSAAD, and all other OCCUPANTS

Appellant

**V.**

WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3,
ASSET BACKED CERTIFICATES, SERIES 2006-3

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-000401
Hon. Joe Carroll, presiding

**APPELLANT'S <u>AMENDED</u> MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLANT, NEMER MASSAD, who files this Motion for

Extension of Time to File his Motion for Rehearing and respectfully shows the

following:

1. On January 30, 2015, the Court issued its Memorandum Opinion and

Judgment.

Appellant's <u>Amended</u> Motion for Extension of Time to File Motion for Rehearing  Page 1

2. Pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure, Appellant must file his Motion for Rehearing within fifteen (15) days after the date on which the Court renders its judgment. Accordingly, Appellant's Motion for Rehearing is due February 16, 2015.

3. Appellant advises the Court that due to interested parties who wish to file an Amicae Brief in this Cause, Appellant will require additional time to file his Motion for Rehearing.

4. Appellant requests a 30-day extension of time on which to file his Motion for Rehearing such that the deadline for filing same would be moved to and including March 18 2016.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court grant his Motion for Extension of Time to File his Motion for Rehearing and extend his deadline to file same to March 18, 2015.

Respectfully submitted,

By: /s/ James Minerve

_____
James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
Attorney for Appellant, Nemer Maasaad

## CERTIFICATE OF CONFERENCE

On February 9, 2015, the undersigned counsel for Appellant communicated with counsel for Appellee, Mark Cronenwett, concerning the foregoing Motion and Mr. Cronenwett stated that he is opposed to this Motion.

/s/ James Minerve

_____

James Minerve

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February a true and correct copy of the above and foregoing document was sent via Efile.txcourts.gov electronic filing notification system and via facsimile transmittal to the parties of record listed below:

Israel Saucedo
Mark D. Cronwett
Mackie Wolf Zientz & Mann, PC
14160 North Dallas Parkway
Parkway Office Center, Suite 900
Dallas, Texas 75254
FAX: 888-230-6397

/s/ James Minerve

_____

James Minerve